UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHEXIS VENTURES, LP, et. al,

    Plaintiffs,

v.                                                Case No: 8:21-cv-2823-KKM-TGW

MIQRO TECH, INC., and
MEADE LEWIS

    Defendants.

## ORDER

Defendant Meade Lewis's Emergency Motion for Miscellaneous Relief, (Doc. 161), is granted in part and denied in part. The motion for a hearing today at 4:00 PM is denied as premature. As previously directed, "Lewis may at any time purge himself of civil contempt by providing the ordered discovery, and upon proof of production to the plaintiffs, will be released." (Doc. 148) at 5. Twice (if not more), Lewis has certified on the docket that he has complied, but the notices were facially insufficient to cure the contempt. *See, e.g.*, (Doc. 143, 144, 145, 146, 153, 154, 155, 156, 157, 158). At this time, Lewis still has not demonstrated that he has fully complied with the discovery orders. Quite the opposite. Lewis's counsel represents that he requires his client's presence to "finalize" the required discovery production and does not provide sufficient information to assess when that production might transpire. (Doc. 161) at 1.

The emergency motion is granted as to the request to transport Lewis to the Sam M. Gibbons Courthouse as soon as possible. Like last week, counsel for Lewis may bring two cellular telephones (his own and Lewis's) and one laptop into the

courthouse for use under the supervision of the U.S. Marshals in Courtroom 13B on January 21, 2025.

Although the Court has permitted use of Courtroom 13B and counsel to bring in electronic devices to expedite Lewis's production, Lewis has not established that he is otherwise unable to comply with the discovery orders for which he is being held in contempt. That production might be more laborious now that he is in custody is not a basis for release. On a similar note, Lewis has not established why the ordinary procedures for conferring with counsel at the Pinellas County Jail (where he is housed) preclude his production of the ordered materials.

**ORDERED** in Tampa, Florida, on January 21, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge